Certificate Number: 03621-PAW-DE-038801873

Bankruptcy Case Number: 24-21915



03621-PAW-DE-038801873

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 25, 2024, at 7:30 o'clock PM EDT, Yvonne Renee Adams completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   August 25, 2024          By:    /s/Damaris Soto

                                 Name:  Damaris Soto

                                 Title: Credit Counselor